UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

GAIL M. WILLIAMS,

                Plaintiff,

                              ORDER
   v.                             09-CV-246A

VERIZON SERVICE ORGANIZATION, INC.,
Et al.,

                Defendants.

---

The above-referenced case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1)(B). On October 20, 2009, Magistrate Judge Schroeder filed a Report and Recommendation, recommending that plaintiff's motion to remand be granted and defendants' cross-motion to dismiss be denied as moot.

The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Schroeder's Report and Recommendation, plaintiff's motion to remand is granted and defendants' cross-motion to dismiss is denied as moot.

The Clerk of Court shall take all steps necessary to close the case.

SO ORDERED.

*s/ Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED: December 7, 2009